# EXHIBIT D

On Tuesday, February 6, 2024, 1:06 PM, denita shaw <shaw21den@yahoo.com> wrote:

At the moment, I am unable to communicate with text or email. In fact I am undergoing financial strain and I am asking to not contact me

Sent from Yahoo Mail for iPhone

On Tuesday, February 6, 2024, 12:51 PM, Mercantile Website <no-reply@mercantilesolutions.com> wrote:

DENITA,

We are reaching out on behalf of your creditor, American First Finance, LLC. regarding the following: