# EXHIBIT H

From: Bridget <bridgetbrown1213@gmail.com>
Date: January 24, 2024 at 12:07:41 PM EST
To: "Mercantile Adjustment Bureau, LLC" <customerservice@mercantilebank.com>
Subject: Re: Please Assist Us In Making Contact with You - FinWise Bank - Account Ending in 76-7

I have no knowledge of this debt. Please communicate only by mail. How do I stop receiving electronic communications?

On Jan 16, 2024, at 2:20 PM, Mercantile Adjustment Bureau, LLC <customerservice@mercantilebank.com> wrote:



# MERCANTILE

Bridget Brown

You didn't respond to our last email, but we're not giving up our attempt to make contact with you!

We are reaching out on behalf of your creditor, FinWise Bank, regarding the following:

Your Account Serviced By: American First Finance, LLC.

Creditor: FinWise Bank

Account ending in: 76-7

Reference Number: 3039244441

Balance Due: $2,139.54

Please call us toll free at 1-877-770-6325 to speak with one of our account representatives who will be glad to provide you with assistance regarding your account with FinWise Bank.

We offer an on-line correspondence service that will reduce paper consumption and may improve your customer experience. Please visit our website, http://www.mercantilebankpros.com, to access your account information or make payment(s) on-line.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

Mercantile Adjustment Bureau, LLC. 165 Lawrence Bell Dr., Suite 100, Williamsville, NY 14221

Pay Now

Please do not reply to this message. Replies to this message are routed to an unattended mailbox.

If you would like to unsubscribe from collections emails from Mercantile Adjustment Bureau, LLC click here.